# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EAM 40 MEADOW LANE LLC, <br><br> Debtor. | Case No. 22-10293 (BLS) <br><br> Chapter 7 |
| In re: <br><br> EZL 40 MEADOW LANE LLC, <br><br> Debtor. | Case No. 22-10294 (BLS) <br><br> Chapter 7 |

**AMENDED NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 28, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

**THE HEARING IS CANCELLED BY THE DIRECTION OF THE COURT DUE TO A SCHEDULING CONFLICT**

**ADJOURNED MATTERS:**

1. Pre-Trial Scheduling Conference in Adversary Proceedings

   **Status:** Attached as Schedule 1 is a status of the Adversary Proceedings scheduled for a Pre-trial Scheduling Conference.

   **The Pre-Trial Scheduling Conferences are being adjourned to September 25, 2024 at 9:15 a.m. ET**

Date:  August 26, 2024  COZEN O'CONNOR
Wilmington, DE

By:   /s/ *John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 North Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Telephone
(302) 295-2013 Fax No.
Email:  jcarroll@cozen.com
Email:  sfraser@cozen.com

and

Christina M. Sanfelippo
(*Pro Hac Vice forthcoming*)
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 382-3100 Telephone
Email:  csanfelippo@cozen.com

*Counsel for George L. Miller, Chapter 7 Trustee*

# SCHEDULE 1

| | **Adversary Actions Being Adjourned** | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Ahmad Yousf Kamal | 24-50024 | This adversary action is being adjourned to a date to be determined. Foreign defendant to be served via Hague Convention. |

| | **Adversary Actions to be Defaulted** | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Anthony B. Tufariello and Kathleen Tufariello | 24-50025 | The Trustee will proceed to file a Request for Default and Entry of Default Judgment. |
| 2. | Dhruv Piplani | 24-50026 | The Trustee will proceed to file a Request for Default and Entry of Default Judgment. |
| 3. | Horizon Select LLC | 24-50028 | The Trustee will proceed to file a Request for Default and Entry of Default Judgment. |

| | **Adversary Actions Request Entry of Scheduling Order** | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Davidoff, Hutcher & Citron LLP | 24-50035 | The parties have agreed to a final form of Scheduling Order which has been filed under Certification of Counsel [Adv. D.I. 9]. The Parties request entry of the Scheduling Order. |

| | **Adversary Actions Parties Exchanging Scheduling Order** | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Eric Tanjeloff | 24-50027 | **The Trustee has circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate submission under Certification of Counsel.** |
| 2. | Jordan Vogel | 24-50029 | **The Trustee has circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate submission under Certification of Counsel.** |
| 3. | Nino Cohen | 24-50031 | **The Trustee has circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate submission under Certification of Counsel.** |

LEGAL\72367405\2 6010823/00551865
08/26/2024

| | | | |
|---|---|---|---|
| 4. | Quinn Emanuel Urquhart & Sullivan LLP | 24-50032 | **The Trustee has circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate submission under Certification of Counsel.** |
| 5. | Ermitage One LLC and Ranee A. Bartolacci | 24-50034 | **The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate submission under Certification of Counsel.** |
| 6. | MCAM 40ML Lender LLC; Monroe Capital Management Advisors LLC and MC Asset Management (Corporate), LLC | 24-50036 | **The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate submission under Certification of Counsel.** |
| 7. | Harsh Padia (EAM) | 24-50037 | **The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate submission under Certification of Counsel.** |
| 8. | Harsh Padia (EZL) | 24-50038 | **The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate submission under Certification of Counsel.** |